**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00182-CV**
_____

**JEFFREY L. WONG, Appellant**

**V.**

**DISCOVER BANK, Appellee**

_____

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-12-16322-CV**
_____

**MEMORANDUM OPINION**

Appellant Jeffrey L. Wong filed a notice of appeal on June 8, 2023. We questioned whether we had jurisdiction over the appeal. In a response, Appellant included a copy of a trial court docket sheet that indicated the trial court signed a final order in this case on October 28, 2020, and signed a post-judgment order on April 19, 2023. The Clerk of the Court notified the appellant that the notice of appeal lacked information required by Texas Rule of Appellate Procedure 25.1(d) and instructed the appellant to file an amended notice of appeal that complies with Rule

1

25.1(d). On July 10, 2023, Appellant filed an amended notice of appeal that states that he seeks to appeal the judgment signed by the trial court on October 28, 2020.

A notice of appeal must be filed within 30 days after the trial court signs the final judgment if no motion for new trial is timely filed, except that a notice of appeal for a restricted appeal may be filed within six months after the judgment or order is signed if the appellant did not participate in the hearing that resulted in the judgment. *See* Tex. R. App. P. 26.1(a), (c). In this case, Appellant filed a notice of appeal too late to perfect an appeal from the judgment that the trial court signed on October 28, 2020. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 26, 2023
Opinion Delivered July 27, 2023

Before Golemon, C.J., Johnson and Wright, JJ.